# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | Case No. 1:23-cv-00441-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 6) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 4, 2023, Petitioner filed the instant motion to proceed *in forma pauperis*. (ECF No. 6.) However, this Court previously authorized Petitioner to proceed *in forma pauperis* on March 23, 2023. (ECF No. 3.) Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to proceed *in forma pauperis* (ECF No. 6) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **April 6, 2023**

UNITED STATES MAGISTRATE JUDGE